IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3064 |
| | ) | |
| V. | ) | |
| | ) | |
| DELFINO C. RODRIGUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the pretrial motion deadline, (filing no. 35), because counsel for the defendant requires additional time to review the extensive discovery materials with the defendant, with the aid of an interpreter. The government does not oppose the requested continuance. The Court finds defendant's motion will be granted.

IT IS ORDERED:

1) Defendant Delfino C. Rodriguez's motion to continue, (filing no. 35), is granted.

2) The pretrial motion deadline is continued to September 16, 2010.

3) Based upon the showing set forth in the defendant's motion and the representations of his counsel, the Court further finds that the ends of justice will be served by continuing the pretrial motion deadline; and that the purposes served by granting the defendant's motion outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between August 13, 2010 and September 16, 2010 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

August 16, 2010.
BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge