## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DELFINO C. RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The plaintiff's unopposed motion to continue sentencing hearing (filing 52) is granted.

(2)     Defendant Rodriguez's sentencing is continued to Wednesday, April 27, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated February 15, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge